IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND REINSURANCE CORPORATION, | ) |
| | ) |
| Petitioner, | ) C.A. No. |
| vs. | ) |
| | ) |
| WESTCHESTER FIRE INSURANCE COMPANY, (as SUCCESSOR to INTERNATIONAL INSURANCE COMPANY) (ACE USA CO.) | ) |
| | ) |
| Respondent. | ) |

**NEW ENGLAND REINSURANCE CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

New England Reinsurance Corporation ("NERCO") is a wholly owned subsidiary of the Hartford Financial Services Group, Inc. of Delaware, through a holding company, Heritage Holdings, Inc. of Connecticut. The stock of Hartford Financial Services Group, Inc. is publicly traded on the New York Stock Exchange.

NEW ENGLAND REINSURANCE CORPORATION
By its attorneys,

PRINCE, LOBEL, GLOVSKY & TYE LLP

*/s/ John E. Matosky*
_____
Rhonda L. Rittenberg BBO #550498
Anne-Marie Regan BBO #554317
John E. Matosky BBO #641661
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Susan E. Grondine, Esq.
Horizon Management Group, LLC
150 Federal Street
Boston, MA 02110

P. Jay Wilker, Esq.
Wilker & Lenci LLP
645 Fifth Avenue, Suite 703
New York, NY 10022

Dated: 6/18/04

2