IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND REINSURANCE CORPORATION,<br><br>Petitioner,<br>vs.<br><br>WESTCHESTER FIRE INSURANCE COMPANY,<br>(as SUCCESSOR to INTERNATIONAL INSURANCE<br>COMPANY) (ACE USA CO.)<br><br>Respondent. | C.A. No. 04-11398 WGY |

## MOTION FOR ORDER SEALING THE RECORD WITH RESPECT TO NERCO'S PETITION TO CONFIRM ARBITRATION AWARD

Pursuant to Local Rule 7.2, New England Reinsurance Corporation ("NERCO") moves for an order sealing NERCO's Petition to Confirm Arbitration Award, as well as the supporting memorandum, affidavit, and exhibits thereto, which have been previously filed with the Court, as follows:

1.    NERCO and Westchester Fire Insurance Company (as Successor to International Insurance Company) (ACE USA Co.) ("ACE") have previously entered into a Confidentiality Agreement that requires NERCO to seek a court order sealing its Petition to Confirm Arbitration Award because it includes, *inter alia,* a copy of the arbitration award.

2.    Counsel who represented ACE in the underlying arbitration has requested that NERCO file this motion.

3.    Good cause exists for entry of an order sealing these documents in order to avoid disclosure of the award and to assist the parties in their compliance with the Confidentiality Agreement.

5. Since no appearance has been made on behalf of ACE in this matter, Local Rule 7.1 and the conference it requires are not applicable. Nonetheless, NERCO is serving a copy of this motion, contemporaneous with this filing, on counsel who represented ACE in the underlying arbitration.

NEW ENGLAND REINSURANCE
CORPORATION
By its attorneys,
PRINCE, LOBEL, GLOVSKY & TYE LLP

*/s/ John E. Matosky*

Rhonda L. Rittenberg BBO #550498
Anne-Marie Regan BBO #554317
John E. Matosky BBO #641661
585 Commercial Street
Boston, MA 02109
(617) 456 8000

Susan E. Grondine, Esq.
Horizon Management Group, LLC
150 Federal Street
Boston, MA 02110

P. Jay Wilker, Esq.
Wilker & Lenci LLP
645 Fifth Avenue, Suite 703
New York, NY 10022

Dated: 7/2/04