UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND REINSURANCE CORPORATION | : <br> : CIVIL ACTION NO. <br> : 1:04-CV-11398 WGY |
| Petitioner, | : <br> : |
| v. | : <br> : |
| WESTCHESTER FIRE INSURANCE COMPANY <br> (as successor to International Insurance Company) <br> (ACE USA Co.), | : <br> : <br> : <br> : |
| Respondent. | : |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3**

Respondent Westchester Fire Insurance Company as and for its statement pursuant to Local Rule 7.3 states: ACE Limited, which is a publicly traded company, is the ultimate parent of Respondent Westchester Fire Insurance Company.

Dated: July 16, 2004

Respectfully submitted,

INSURANCE COMPANY OF NORTH AMERICA,
By Its Attorney

_David B. Chaffin_ (KAK)
David B. Chaffin
B.B.O. # 549245
**HARE & CHAFFIN**
160 Federal Street
Boston, MA 02110

OF COUNSEL:
Thomas A. Allen, Esquire
David Weiss, Esquire
**WHITE AND WILLIAMS LLP**
1800 One Liberty Place
Philadelphia, PA 19103

DOCS_PH 1607456v1

## CERTIFICATE OF SERVICE

I, Kathleen A. Kelley, hereby certify that on this 16th day of July 2004, I caused a true and correct copy of the Respondent, Westchester Fire Insurance Company's Corporate Disclosure Statement Pursuant to Local Rule 7.3 to be served upon the following counsel for New England Reinsurance Corporation:

| **By Hand** | **By Hand** | **By Federal Express** |
|---|---|---|
| Rhonda L. Rittenberg, Esq.<br>Prince, Lobel, Glovsky & Tye LLP<br>585 Commercial Street<br>Boston, MA 02109 | Susan E. Grondine, Esq.<br>Horizon Management Group, LLC<br>150 Federal Street<br>Boston, MA 02110 | P. Jay Wilker, Esq.<br>Wilker & Lenci LLP<br>645 Fifth Avenue, Suite 703<br>New York, NY 10022 |

_/s/ Kathleen A. Kelley_
Kathleen A. Kelley

Dated: July 16, 2004

1