UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND REINSURANCE
CORPORATION                                              :   CIVIL ACTION NO.
                                                         :   1:04-CV-11398 WGY
                Petitioner,                            :

        v.                                                 :

WESTCHESTER FIRE INSURANCE COMPANY :
(as successor to International Insurance Company) :
(ACE USA Co.),                                           :

                Respondent.                            :

**PROPOSED FORM OF ORDER ON PETITION TO CONFIRM ARBITRATION AWARD**

Pursuant to 9 U.S.C. § 9, having reviewed the respective papers submitted by New England Reinsurance Corporation ("NERCO") and Westchester Fire Insurance Company ("Westchester"), this Court hereby confirms the arbitration award dated July 25, 2003, as clarified by the Panel's August 1, 2003 e-mail, in the June 30-July 2, 2003 arbitration between Westchester and NERCO.

                                                         */s/ William G. Young*
                                                      HON. WILLIAM G. YOUNG

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 7/12/04
/s/ ...

DOCS_PH 1609438v1